No. 10-9071. Donald Ray Cottman, Petitioner v. Michael J. Astrue, Commissioner of Social Security.

563 U.S. 945, 131 S. Ct. 2113, 179 L. Ed. 2d 907, 2011 U.S. LEXIS 3057.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 400 Fed. Appx. 769.